**DENY and Opinion Filed December 14, 2020**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

## No. 05-20-00617-CV

## IN RE STAMATINA HOLDINGS, LLC, Relator

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-12830**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Osborne, and Justice Reichek
Opinion by Justice Osborne

Relator's June 17, 2020 petition for writ of mandamus asks us to compel the trial court to vacate its order appointing a receiver over a multi-family apartment complex with numerous Dallas City Code and Dallas Fire Code violations. Entitlement to mandamus relief requires relator to show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Based on the petition and the record before us, we conclude that relator has failed to show its entitlement to the relief requested. Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

/Leslie Osborne/
LESLIE OSBORNE
JUSTICE

200617F.P05